ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| Goodloe Marine, Inc. | ) | ASBCA No. 61960 |
| | ) | |
| Under Contract No. W912EP-11-D-0020 | ) | |

APPEARANCES FOR THE APPELLANT:     Michael H. Payne, Esq.
   Cohen Seglias Pallas Greenhall & Furman, PC
   Philadelphia, PA

                                         Casey J. McKinnon, Esq.
   Cohen Seglias Pallas Greenhall & Furman, PC
   Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Michael P. Goodman, Esq.
   Engineer Chief Trial Attorney
  Susan E. Symanski, Esq.
  Bruce E. Groover, Esq.
  Kristin M. Bigham, Esq.
   Engineer Trial Attorneys
   U.S. Army Engineer District, Jacksonville

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  May 1, 2024

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61960, Appeal of Goodloe Marine, Inc., rendered in conformance with the Board's Charter.

Dated:  May 1, 2024

_for Tammye D. Allett_

_____

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals